UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ali Esseily,

    Plaintiff,

v.                                                              Case No. 19-mc-51760

William Barr and Christopher Wray,    Sean F. Cox
                                                              United States District Court Judge
    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

On July 23, 2008, the Honorable Bernard A. Friedman placed restrictions on Plaintiff Ali Esseily's ability to file lawsuits in this district. *See Esseily v. Granholm*, Case No. 08-12785, 2008 WL 2858733 at *2 (E.D. Mich. July 23, 2008). Noting that Esseily had a long history of filing meritless lawsuits, Judge Friedman barred him filing further lawsuits "without first (1) certifying that the claims asserted therein are ones that have never before been adjudicated on the merits and (2) obtaining written permission of a judge of this district." *Id*.

On December 5, 2019, Esseily filed a motion to file a new lawsuit. The undersigned reviewed this motion, the attached proposed complaint, and the attached exhibits. These documents were illegible and, to the Court's reading, Esseily never certified that the claims asserted therein had not been previously adjudicated on the merits. On December 16, 2019, the Court denied Esseily's motion to file a new complaint, and closed this miscellaneous case. (ECF No. 2).

1

On April 28, 2020, Esseily filed a motion for reconsideration of the Court's December 16, 2019 Order. (ECF No. 4). This one-page motion consists of the case caption, the title, Esseily's signature, and the date. The rest of the page is blank. (ECF No. 4, PageID 69).

Because Esseily's motion for reconsideration provides no reason to reconsider the Court's December 16, 2019 Order, the Court **DENIES** it.

**IT IS SO ORDERED**.

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: June 9, 2020